People v Elmore (2025 NY Slip Op 05336)

People v Elmore

2025 NY Slip Op 05336

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, OGDEN, AND HANNAH, JJ.

605 KA 22-00491

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JAMES ELMORE, DEFENDANT-APPELLANT. 

SARAH S. HOLT, CONFLICT DEFENDER, ROCHESTER (KATHLEEN P. REARDON OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Thomas E. Moran, J.), rendered October 18, 2021. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree. 
Now, upon reading and filing the stipulation of discontinuance signed by defendant on June 30, 2025, and by the attorneys for the parties on July 7 and 9, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court